

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-11-00291-CR

**COREY STEWART,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

_____

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 10-02913-CRF-361**

## O R D E R

An opinion and judgment affirming your conviction was issued on August 1, 2013.  *See Stewart v. State*, No. 10-11-00291-CR, 2013 Tex. App. LEXIS 9644, (Tex. App.—Waco, Aug. 1, 2013, pet. filed) (not designated for publication).  Our plenary power expired in October of 2013 and we no longer have jurisdiction over this proceeding. Even if this Court had jurisdiction to rule on your motion, you are not entitled to a free

record from this Court after the exhaustion of your initial appeal. *See Escobar v. State*, 880 S.W.2d 782, 783-84 (Tex. App.—Houston [1st Dist.] 1993, order).

Accordingly, your "Motion for Trial Transcripts and Statement of Facts" and your "Motion for Suspension of Operation of Rules Pursuant to Tex. R. App. P. 2" are dismissed.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motions dismissed
Order issued and filed December 12, 2013